# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201800152

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## LOGAN M. SCHMIDT
Lance Corporal (E-3), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding General, 3d Marine Aircraft Wing,
Marine Corps Air Station Miramar, San Diego, California.
Staff Judge Advocate's Recommendation: Lieutenant Colonel W. Lee,
USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 21 August 2018

————————————————

Before FULTON, JONES, and ELLINGTON, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court